USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE VAZQUEZ REYES, individually and on behalf of others similarly situated,

          Plaintiff,

-against-

BKUK 10 CORP. (D/B/A GALLO NERO (A/K/A CARA MIA)), BESIM KUKAJ, GRANDE DOE, and NELSON DOE,

          Defendants.

19 Civ. 3919 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the COVID-19 pandemic, the show cause hearing scheduled for April 14, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 13, 2020
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge