UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE VAZQUEZ REYES, individually and on behalf of others similarly situated,

                      Plaintiff,

-against-

BKUK 10 CORP. (D/B/A GALLO NERO (A/K/A CARA MIA)), BESIM KUKAJ, GRANDE DOE, and NELSON DOE,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2022

19 Civ. 3919 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 1, 2019, Plaintiff filed a complaint in this matter. ECF No. 1. Defendants were served with the summons and complaint on July 22, 2019. ECF Nos. 16–19. Defendants, however, failed to file an answer or otherwise respond to the complaint by August 12, 2019, as required by Federal Rule of Civil Procedure 12. *See id.* On September 19, 2019, the Clerk of Court entered certificates of default against Defendants. ECF Nos. 28–31.

      On November 22, 2019, the Court issued an order directing Defendants to appear at a telephonic conference to show cause why the Court should not enter a default judgment against them. ECF No. 35. The Court subsequently adjourned the show cause hearing in light of the COVID-19 pandemic, ECF Nos. 37, 42, and stated it would resolve the motion on the papers, ECF No. 48. Defendants were served copies of each relevant order through personal service. ECF Nos. 38–41, 43–46, 50–53. Defendants failed to respond to the order to show cause by August 28, 2020, as directed by the Court's most recent order. ECF No. 48.

      The Court has reviewed Plaintiffs' motion for default judgment and supporting papers, ECF Nos. 25–27, 32, 34. Because proof of service has been filed, Defendants have not answered the complaint, the time for answering the complaint has expired, and Defendants failed to appear to contest entry of a default judgment for that purpose, Plaintiffs' motion for a default judgment against Defendants is GRANTED.

      The Court, by separate order, shall commission an inquest into damages.

      SO ORDERED.

Dated: April 15, 2022
       New York, New York

                                                        ANALISA TORRES
                                                United States District Judge