USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE VAZQUEZ REYES, *et al.*,

                 Plaintiffs,         **ORDER**

     -v.-                          19-CV-3919 (AT) (JLC)

BKUK 10 CORP., *et al.*,

                 Defendants.
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

       Pursuant to the Court's April 18, 2022 Order (Dkt. No. 63), Plaintiffs were due to serve Proposed Findings of Fact and Conclusions of Law on all Defendants no later than May 13, 2022. To date, proof of service on Defendants Grande Doe and Nelson Doe has not yet been filed.

       Plaintiffs are hereby directed to file proof of service on Defendants Grande Doe and Nelson Doe by **June 17, 2022.** In the absence of such a filing, the Court may be unable to make a finding of responsibility for damages as to these two Defendants.

       **SO ORDERED.**

Dated: June 6, 2022
        New York, New York

                                                            _____
                                                            JAMES L. COTT
                                                            United States Magistrate Judge