```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE VAZQUEZ REYES, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

BKUK 10 CORP. (D/B/A GALLO NERO (A/K/A CARA MIA)), BESIM KUKAJ, GRANDE DOE, and NELSON DOE,

                Defendants.

19 Civ. 3919 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       By **January 16, 2024**, Plaintiff shall serve upon Defendants this order and the Honorable James L. Cott's report and recommendation at ECF No. 72. By **January 19, 2024**, Plaintiffs shall file proof of service on the public docket.

       Defendants shall have fourteen days from the date of service to file any objections to the report and recommendation.

       SO ORDERED.

Dated: January 5, 2024
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge