```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE VAZQUEZ REYES,

                Plaintiff,

-against-

BKUK 10 CORP. et al.,

                Defendants.

19 Civ. 3919 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

    Before the Court is the Report and Recommendation ("R&R"), ECF No. 72, from the Honorable James L. Cott, recommending that the Court award Plaintiff, Jose Vazquez Reyes ("Vazquez"), $313,813.13 in damages (plus prejudgment interest on $151,906.56 of the damages), $5,619.00 in attorneys' fees and costs, and post-judgment interest.

    On May 1, 2019, Vazquez filed this action for, *inter alia*, unpaid minimum and overtime wages pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.*, and violations of the N.Y. Labor Law §§ 190 *et seq.* and 650 *et seq.* Compl. ¶ 10, ECF No. 1. Despite being served, Defendants failed to appear in this case. As such, on April 15, 2022, the Court granted Vazquez's motion for a default judgment, and the matter was referred to the Honorable James L. Cott for inquest after default. *See* ECF Nos. 61, 62.

    After careful consideration, Judge Cott issued the R&R, detailing the damages owed to Vazquez. *See* R&R at 30–31. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *Id.* at 32; *see* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R&R for clear error. *See Whitley v. Bowden*, No. 17 Civ. 3564, 2019 WL 1953941, at *1 (S.D.N.Y. May 1, 2019) (collecting cases). The Court finds no clear error.

    Accordingly, the Court ADOPTS Judge Cott's R&R in its entirety. The Clerk of Court is directed to enter judgment consistent with this order and the R&R, and close the case.

    SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge