UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE VAZQUEZ REYES,

                        Plaintiff,                        19 **CIVIL** 3919 (AT)(JLC)

         -against-                                **<u>JUDGMENT</u>**

BKUK 10 CORP. et al.,

                      Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 27, 2024, the Court ADOPTS Judge Cott's R & R in its entirety. The Court award Plaintiff, Jose Vazquez Reyes ("Vazquez"), $313,813.13 in damages (plus prejudgment interest on $151,906.56 of the damages in the amount of $80,269.09 calculated from April 16, 2018 to the entry of the judgment), $5,619.00 in attorneys' fees and costs, and post-judgment interest. Accordingly, the case is closed.

**Dated:** New York, New York

      February 27, 2024

                                                            **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                         **BY:**

                                                             **Deputy Clerk**